■ VINCENT PERITORE et al., Respondents, v JOSEPH TRIPI, Appellant.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Goldstein, J. (Appeal from judgment of Supreme Court, Nassau County, Goldstein, J.—breach of contract.) Present—Doerr, J. P., Boomer, Lawton, Davis and Lowery, JJ.

■ RONALD T. LEBEL, Respondent, v CITY OF NEW YORK, Appellant, and RICHARD YOUNG et al., Respondents.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted, in part, plaintiff's motion for a protective order (see, CPLR 3103 [a]; Hirschfeld v Hirschfeld, 69 NY2d 842, 844). Defendant's notice of discovery and inspection dated May 12, 1988 was untimely under the court's preliminary conference order dated March 25, 1986 and, in any event, defendant failed to establish that the evidence it sought was material and necessary in the defense of the action (see, CPLR 3101 [a]). (Appeal from order of Supreme Court, Queens County, Lerner, J.—discovery.) Present—Denman, J. P., Green, Pine, Balio and Lowery, JJ.

■ JAMES P. O'KEEFE, JR., Respondent, v UNIONDALE FIRE DISTRICT et al., Defendants, and UNIONDALE WATER DISTRICT OF THE TOWN OF HEMPSTEAD, Appellant.—Order unanimously affirmed without costs (see, Uss v Town of Oyster Bay, 37 NY2d 639). (Appeal from order of Supreme Court, Nassau County, Murphy, J.—discovery.) Present—Denman, J. P., Green, Pine, Balio and Lowery, JJ.